# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Alfredo Martinez<br>　　　　　Defendant. | Case No.: 08-998M<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **So. Dist. of California** for alleged violation(s) of the terms and conditions of (his)/her ~~probation~~/supervised release; and

　　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

　　　　The Court finds that:

A.　( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

and/or

B.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _charges in the Supervised read release petition, specifically, possession of ammunition and defendant's prior conviction._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: __4-25-08__

JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE

2